

# Fourth Court of Appeals

## San Antonio, Texas

### JUDGMENT

No. 04-15-00035-CV

**ARK DIMENSION 4, INC.** and Robert Pospisil,
Appellants

v.

Michelle **GRIFFITH**,
Personal Representative of the Estate of Del O. Amy, deceased,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12575A
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion issued this date, we REVERSE the trial court's judgment signed October 15, 2014, and RENDER judgment in accordance with the terms of the settlement agreement between the parties. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(c). Costs of appeal are taxed against the parties who have incurred them.

SIGNED September 9, 2015.

_____
Rebeca C. Martinez, Justice